IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | |
|---|---|
| STUART TURNER | : |
| Plaintiff | : |
| v. | : Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : |
| Defendant | : |

## ORDER

Having this ___16th___ day of ___September___, 2002 reviewed Defendant's Motion to Vacate Default Judgment and Defendant's Memorandum in Support of Motion to Vacate Default Judgement, and Plaintiff's consent thereto, it is hereby

ORDERED that Defendant's Motion to Vacate Default Judgment is hereby GRANTED,

_____
United States District Judge

Copies to:

Mark London
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036

Rebecca N. Strandberg
Rebecca N. Strandberg & Associates, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814

