IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STUART TURNER | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil No. WMN 02CV2451 |
| | : |
| KANA SOFTWARE, INC. | : |
| | : |
| Defendant | : |
| | : |

**DEFENDANT'S NOTICE OF DISCOVERY RESPONSE**

Please take note that Defendant Kana Software, Inc. has served the following response on Plaintiff Stuart Turner

Defendant's Supplemental Response to Plaintiff Stuart Turner's First Request for Production of Documents

Service of this discovery response was made on Defendant Stuart Turner on March 7, 2003 by hand delivery to:

Mark London, Esquire
London & Mead
Suite 320 1225 19th Street, N.W.
Washington, D.C. 20036

_____
Bernard M. Raiche
Maryland Federal Bar No. 013702
Rebecca N. Strandberg & Associates, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
Tel: (301) 656-9547
Fax: (301) 656-5875