IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STUART TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
| Defendant | : | |

**DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER**

Defendant Kana Software, Inc. hereby moves the Court to grant its Motion to Modify Scheduling Order, and in support of that motion states:

1. On October 23, 2002 the Court issued its Scheduling Order in the above captioned case.

2. That Order set the following deadlines:

    a. February 11, 2003 for Rule 26(e)(2) supplementation of disclosures and responses;

    b. March 7, 2003 for Discovery deadline; submission of status report;

    c. March 14, 2003 for Requests for admissions; and

    d. April 7, 2003 for Dispositive pretrial motions deadline

3. On October 29, 2002 Plaintiff served Defendant Kana with Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents. Even though Plaintiff's First Request for Production of Documents were onerous, and required the collection of data from several independent sources and data bases within Kana Software Inc. , Defendant Kana undertook to provide Plaintiff Turner with all non-privileged

documents requested. All documents which Defendant Kana had available were provided to Plaintiff on February 5, 2003.

4. Defendant Kana Software, Inc. has continued to search its complex system of business records for other records which might be responsive to Plaintiff's requests. Some additional documents were found between February 5, 2003 when Defendant provided responses to Plaintiff's request for production, and March 7, 2003 when Defendant deposed Plaintiff Stuart Turner.

5. On or about February 14, 2003 Defendant Kana asked Plaintiff Turner to consent to a Motion to Modify Scheduling Order so that Kana could continue to search for responsive documents, and so that other discovery matters could be resolved. Plaintiff Turner refused to consent.

6. On March 7, 2003 the parties filed their Joint Status Report with the Court. In that report Defendant Kana noted that it planned to supplement its responses to Plaintiff's request for production of documents, and that the supplementation should be completed by March 17, 2002.

7. On March 7, 2003, during Defendant Kana's deposition of Plaintiff Turner, Defendant provided Plaintiff with additional responsive documents which it had identified based upon responses by Plaintiff to Defendant's questions.

8. During final preparation to take Plaintiff Turner's deposition Defendant discovered additional documents which it wishes to provide to Plaintiff Turner. Some of those documents were produced during the deposition. Some were not produced at that time because, although they were identified just prior to the deposition, Defendant's attorney has not yet obtained a copy of those documents.

9. Defendant asks the Court to reopen and extend the deadline for Rule 26(c)(2) supplementation of disclosures and responses to March 31, 2003 so that Defendant can provide Plaintiff with additional documents which are responsive to Plaintiff's request for production of documents.

10. Defendant request that the following related deadlines be moved forward:

   a. Discovery deadline                                 April 7, 2003
      re-submission of status report

   b. Requests for admissions                            April 14, 2003

   c. Dispositive pretrail motions                       May 5, 2003

WHEREFORE, the Defendant ask the Court to issue an Amended Scheduling Order with the deadlines rescheduled as follows: Rule 26(c)(2) supplementation of disclosures and responses to March 31, 2003; Discovery deadline and deadline for re-submission of status report to April 7, 2003; Requests for admissions to April 14, 2003; and Dispositive pretrail motions to May 5, 2003.

Respectfully submitted,

_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
Bernard M. Raiche
Maryland Federal Bar No.013702
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547
Counsel for Defendant Kana Software, Inc.

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

### **AMENDED SCHEDULING ORDER**

On this _____ day of _____, 2003, having considered Defendant's Motion to Modify Scheduling Order it is hereby:

ORDERED that Defendant's Motion to Modify Scheduling Order is hereby GRANTED, and

ORDERED that the Scheduling Order in the above captioned case will be modified as follows:

| | |
|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and responses | March 31, 2003 |
| Discovery deadline: Re-submission of status report | April 7, 2003 |
| Requests for admissions | April 14, 2003 |
| Dispositive pre-trail Motions deadline | May 5, 2003 |

_____
The Honorable William M. Nickerson
Senior United States District Judge

U:\Clients\Kana Software\Pleadings\Defendants Motion to Modify Scheduling Order 3.11.03.wpd