**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
Northern Division

| | | |
|---|---|---|
| STUART TURNER | : | |
|    Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
|    Defendant | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on the 14TH day of March, 2003, Defendant, Kana Software, by and through there counsel of record, served Defendant's First Request for Admissions to Plaintiff Stuart Turner, by mail and e-mail to:

>Mark London, Esquire
>London & Mead
>Suite 320 1225 19th Street, N.W.
>Washington, D.C. 20036

The original documents will be retained in my possession, without alteration, until this matter is concluded in this Court.

_____
Rebecca N. Strandberg
Federal District Court Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
(301) 656-9547

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| STUART TURNER | : |
|     Plaintiff | : |
|     v. | :   Civil No. WMN 02CV2451 |
| | : |
| KANA SOFTWARE, INC. | : |
|     Defendant | : |
| | : |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2003, I served a copy of the above Notice of Service of Discovery regarding Defendant's First Request for Admissions to Plaintiff Stuart Turner by mail and electronic filing to:

> Mark London, Esquire
> London & Mead
> Suite 320 1225 19th Street, N.W.
> Washington, D.C. 20036

_____
Rebecca N. Strandberg
Federal District Court Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
(301) 656-9547

.