**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
~Northern Division~

|  |  |
|---|---|
| **STUART TURNER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN 02CV2451 |
| **KANA SOFTWARE, INC.,** | ) |
| Defendant. | ) |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that I have caused a true and correct copy of **Plaintiff's First Request for Admissions** to be delivered by fax and mail, postage prepaid, on the 14th day of March, 2003 to: Rebecca Strandberg, Esquire, 4405 East West Highway, Suite 308, Bethesda, Maryland 20814.

Respectfully submitted,

_____
Mark London            #07747
Christopher B. Mead    #08661
London & Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C.  20036
(202) 331-3334
Counsel for Plaintiff Stuart Turner

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **Certificate Regarding Discovery** was served via electronic filing, this 19th day of March, 2003 to:

Rebecca Strandberg, Esquire
4405 East West Highway
Suite 308
Bethesda, Maryland 20814

                                                            _____
                                                            Christopher B. Mead