IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

## DEFENDANT'S NOTICE OF DISCOVERY RESPONSES

Please take note that Defendant Kana Software, Inc. has served the following responses on Plaintiff Stuart Turner

1. Defendant's First Supplementary Answers to Plaintiff Stuart Turner's First Set of Interrogatories.

Service of these discovery responses was made on Defendant Stuart Turner on March 31, 2003 by U. S. Mail to:

Mark London, Esquire
London & Mead
Suite 320 1225 19th Street, N.W.
Washington, D.C. 20036

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
Rebecca N. Strandberg & Associates, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
Tel: (301) 656-9547
Fax: (301) 656-5875

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| STUART TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of March, 2003 I served the foregoing Notice of Discovery Responses, by electronic filing, to:

Mark London, Esquire
London & Mead
Suite 320 1225 19th Street, N.W.
Washington, D.C. 20036

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
Rebecca N. Strandberg & Associates, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
Tel: (301) 656-9547
Fax: (301) 656-5875