IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STUART TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
| Defendant | : | |

## MOTION OF ATTORNEY BERNARD M. RAICHE TO WITHDRAW

Bernard M. Raiche, one of the attorney's representing Defendant Kana Software, Inc. in the above captioned case, and in accordance with Local Rule 101.2, asks this court to allow him to withdraw his representation, and states:

1. Defendant Kana Software, Inc. is represented by Rebecca N. Strandberg and Bernard M. Raiche both of the firm of Rebecca N. Strandberg & Associates, P.A.

2. Bernard M. Raiche, who has been an Associate in the firm of Rebecca N. Strandberg & Associates, P.A., is leaving that firm effective April 4, 2003.

3. After Bernard M. Raiche's departure from the firm of Rebecca N. Strandberg & Associates, Defendant Kana Software, Inc. will continue to be represented by Rebecca N. Strandberg, who is already one of the attorney's of record in this case.

4. The withdrawal will not delay these proceedings.

WHEREFORE Bernard M. Raiche asks this court to grant his motion to withdraw from the case.

                        Respectfully submitted,

                        _____/s/_____
                        Bernard M. Raiche
                        Maryland Federal Bar No. 013702

                        _____/s/_____
                        Rebecca N. Strandberg
                        Maryland Federal Bar No. 02196
                        REBECCA N. STRANDBERG & ASSOCIATES, P.A.
                        4405 East West Highway, Suite 308
                        Bethesda, Maryland 20814
                        301-656-9547

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2002 a copy of the foregoing Motion of Attorney Bernard M. Raiche to Withdraw was served by electronic filing on:

Mark London, Esquire
Christopher B. Mead, Esquire
London and Med
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff Stuart Turner

_____/s/_____
Bernard M. Raiche
Maryland Federal Bar No. 013702

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| STUART TURNER | : |
| Plaintiff | : |
| v. | : Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : |
| Defendant | : |

### ORDER ON MOTION TO WITHDRAW

After considering Bernard M. Raiche's motion to withdraw from representing Defendant Kana Software, Inc. in the above captioned case, the court

GRANTS the Motion of Attorney Bernard M. Raiche to Withdraw, and notes that Rebecca N. Strandberg and Rebecca N. Strandberg & Associates, P.A. will continue to represent Defendant Kana Software, Inc. in the above captioned case.

_____
U. S. District Judge