**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
~Northern Division~

| | |
|---|---|
| **STUART TURNER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN 02CV2451 |
| **KANA SOFTWARE, INC.,** | ) |
| Defendant. | ) |

**SECOND JOINT STATUS REPORT**

In accordance with the Scheduling Order in the instant case, the parties submit the following status report:

1. Defendant has produced over 1800 documents and one deposition. Discovery, except for requests for admissions is complete.

2. No motions are pending.

3. Defendant intends to file a motion for summary judgment and potentially a motion for sanctions. Plaintiff may file a cross motion with his opposition, but cannot determine this until Defendant files.

4. This is a jury trial, which should last two days.

5. The parties had settlement discussions pursuant to a conference call on February 26. Litigation counsel participated as well as Plaintiff and in-house counsel (Will Bose and Eric Wilgohs) for Defendant.

6. Plaintiff continues to believe that ADR would be fruitful at any stage of these proceedings. Defendant is not agreeable to ADR before or after the resolution of the dispositive pretrial motions.

7. Plaintiff would consent to appearing before a magistrate judge for all proceedings. Defendant does not consent to appearing before a magistrate judge for any of the proceedings related to this case.

The undersigned submits this report with the consent of Defendant's counsel.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Mark London         #07747 | Rebecca Strandberg         #02196 |
| Christopher B. Mead    #08661 | Rebecca N. Strandberg & Associates, P.A. |
| London & Mead | 4405 East West Highway |
| Suite 320 | Suite 308 |
| 1225 19th Street, N.W. | Bethesda, Maryland 20814 |
| Washington, D.C. 20036 | |
| (202) 331-3334 | Counsel for Defendant Kana Software, Inc. |
| | |
| Counsel for Plaintiff Stuart Turner | |

O:\Turner\SECOND.statusreport.wpd