IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
~Northern Division~

|  |  |
|---|---|
| **STUART TURNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **WMN 02CV2451** |
| ) | |
| **KANA SOFTWARE, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that I have caused a true and correct copy of **Plaintiff's Response to Defendant's First Request for Admissions** to be delivered by fax and mail, postage prepaid, on the 11th day of April, 2003 to: Rebecca Strandberg, Esquire, 4405 East West Highway, Suite 308, Bethesda, Maryland 20814.

Respectfully submitted,

_____
Mark London             #07747
Christopher B. Mead     #08661
London & Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C.  20036
(202) 331-3334
Counsel for Plaintiff Stuart Turner

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing **Certificate Regarding Discovery** was served via electronic filing, this 14th day of April, 2003 to:

Rebecca Strandberg, Esquire
4405 East West Highway
Suite 308
Bethesda, Maryland 20814

                                          _____
                                          Christopher B. Mead