**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

<u>**NOTICE OF DISCOVERY**</u>

Please take note that Defendant Kana Software, Inc. has served the following discovery response on Plaintiff Stuart Turner:

**Defendant's Response to Plaintiff's First Request for Admissions.**

Service of these discovery requests on Plaintiff Stuart Turner was made on his attorney of record Mark London, Esquire, London & Mead, Suite 320, 1225 19th Street, N.W., Washington, D.C. 20036.

Plaintiff realizes that it is responsible for retaining the original copy of this discovery document and shall make it available for inspection by the other parties.

April 14, 2003                    Respectfully submitted,


_____/s/_____
Rebecca N. Strandberg, Esquire
Federal District Court Bar No.  02196
REBECCA N.  STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
(301) 656-9547