**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
| Defendant | : | |
| | : | |

**DEFENDANT'S MOTION TO SHORTEN TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Kana Software, Inc., Defendant, pursuant to Local Rule 1-204(a)(1) moves for an order shortening the time in which the Plaintiff, Stuart Turner, shall respond to the Defendant's Motion To Extend Time to File Defendant's Motion for Summary Judgment.  As grounds for this motion, Defendant states:

1.    Currently Dispositive Pre-trial motions are due May 5, 2003.

2.    Defendant because of time constraints in her office and because the parties have been trying to resolve other issues in the case, needs an extension to file the Motion for Summary Judgment.  If the Motion for extension is denied, Defendant needs time to prepare the Motion for Summary Judgment.

3.    Fairness dictates that the time for Plaintiff to respond to Defendant's Motion to Extend Time to File Defendant's Motion for Summary Judgment be shortened to May 1, 2003.

4.    A copy of this Motion to Shorten Time Requirements, as well as a copy of Defendant's Motion to Extend Time To File Defendant's Motion for Summary Judgment were sent to the Plaintiff by facsimile at approximately 3:55 p.m. on April 29, 2003.

WHEREFORE, Defendant moves for an order shortening to May 1, 2003 the time in which the Plaintiff shall respond to Defendant's Motion To Extend Time To File Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547
Strandberglaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2003 a copy of the foregoing Defendant's Motion to Shorten Time for Plaintiff to Respond to Defendant's Motion To Extend Time to File Defendant's Motion for Summary Judgment. Requirements was sent electronically, and sent via facsimile to:

Mark London, Esquire
Christopher B. Mead, Esquire
London and Med
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547
Strandberglaw@aol.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
|     Plaintiff | : | |
|        v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
|     Defendant | : | |

---

### ORDER

Having this _____ day of_____, 2003, considered

Defendant's Motion to Shorten Time for Plaintiff to Respond to Defendant's Motion To Extend

Time to File Defendant's Motion for Summary Judgment and any opposition thereto, it is

hereby:

ORDERED that Defendant's Motion to Shorten Time Requirements is hereby

GRANTED, and further

ORDERED that the time for Plaintiff's response to Defendant's Motion To Extend Time

To File Defendant's Motion for Summary Judgment. be shortened to May 1, 2003.


_____
Judge

Send copies to:

Rebecca N. Strandberg, Esquire
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
Counsel for the Defendant

Mark London, Esquire
Christopher B. Mead, Esquire
London and Med
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff