IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**STUART TURNER**                :

    v.                           :    CIVIL ACTION NO. WMN-02-2451

**KANA SOFTWARE, INC.**          :

<u>**AMENDED SCHEDULING ORDER**</u>

    1.  A pretrial conference is scheduled for <u>October 30, 2003</u> at 9:30 a.m.  The pretrial order prepared in conformance with Local Rule 106.2 and 3 is due in chambers five days prior to the pretrial conference.

    2.  Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>October 30, 2003</u>.  Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions.  Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

    3.  The <u> 2 Day </u> jury trial in this matter shall commence on <u>November 10, 2003</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

    4.  Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked.  [Please contact my courtroom deputy, Mary J o Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on

defendant's counsel not later than <u>October 23, 2003</u>  Counsel for the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>October 30, 2003</u>.

    5.  The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

                                  /s/
                          **William M. Nickerson**
                          **Senior United States District Judge**

**Dated:**    **5/8/03**