**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| STUART TURNER : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil No. WMN 02CV2451 |
| : | |
| KANA SOFTWARE, INC. : | |
| : | |
| Defendant : | |
| : | |

DEFENDANT KANA'S LIST OF EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT

1. Stuart Turner's Offer of Employment from Kana Software, Inc. dated April 30, 2001.

2. Kana Software Inc. 2002 North American Incentive Plan for Stuart Turner.

3. Kana letter to Stuart Turner terminating his employment dated April 18, 2002.

4. Contingent Agreement with Verizon Internet Solutions and GTE.NET LLC collectively referred to as Verizon and Kana Software Inc. dated March 31, 2002, signed by Verizon Internet Services on March 25, 2002 for $2,643,200 with no purchase order and no signature for GTE.NET LLC.

5. Agreement between Kana Software, Inc. and Telesector Resources Group d/b/a Verison Services Group effective May 31, 2002 for $336,000.

6. Agreement between Kana Software, Inc. and GET.NET LLC d/b/a Verizon Internet Solutions effective June 3, 2002 for $1,948,000.

7. I-Sell Report 1st Quarter, 2002. Bate stamped 0416-0419

8. I-Sell Report 2nd Quarter 2002, Bate stamped 0537 to 0540.

9. Defendant's Answers to Interrogatories, Number 5

10. Excerpts from Stuart Turner's deposition

11.  Affidavit of Kana Revenue Manager Aaron Jaeger..

12.  Affidavit of Kana Associate General Counsel Geoffrey Roever.

13.  Affidavit of Kana President Tom Doyle.

14.  April 28, 2003 Letter to opposing counsel citing the <u>Suburban Hospital vs. Dwiggins</u> case.

15. Affidavit of Brian Moore, Senior Vice President of Kana.


     I hereby certify that the affidavits with original signatures are in my possession as well as a signed copy of Exhibit 15 and that I will keep these throughout the litigation and make them available as necessary.

                                            _____/s/_____
                                              Rebecca N. Strandberg