**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : | |
| Defendant | : | |

**DEFENDANT'S NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibits 7, 8, and 10 which are attachments to Defendant Kana's Motion for Summary Judgment exists only in paper format and are 15 pages or longer. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Respectfully submitted,

_____/s/_____
Rebecca N. Strandberg, Esquire
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland  20814
301-656-9547
Strandberglaw@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this 21st day of May, 2003 that a copy of the foregoing Notice of filing of Lengthy Exhibits was served electronically and the Exhibits themselves were served by mail on:

Mark London, Esquire
Christopher B. Mead, Esquire
London and Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff Stuart Turner

_____/s/_____
Rebecca Newman Strandberg, Esquire