# KANA SOFTWARE, INC.
## 2002 NORTH AMERICAN INCENTIVE PLAN

| | | | |
|---|---|---|---|
| NAME: | Stuart Turner | REGION:  Eastern Region | |
| TITLE: | Account Executive | TERRITORY:  As defined by the Regional VP | |
| PLAN EFFECTIVE PERIOD: | January 1, 2002 | Thru | December 31, 2002 |

### COMPENSATION OVERVIEW

| | |
|---|---|
| BASE ANNUAL SALARY: | $100,000 |
| VARIABLE BONUS: | $150,000 |
| TOTAL TARGET EARNINGS: | $250,000 |

### QUOTAS AND RATES

| | BOOKINGS QUOTA | BOOKINGS ACHIEVEMENT LEVEL | COMMISSION RATES ON BOOKINGS |
|---|---|---|---|
| 1ST QUARTER | 625,000 | Up to Annual Quota | 6.000% |
| 2ND QUARTER | 625,000 | Annual Quota -3,000,000 | 8.000% |
| 3RD QUARTER | 625,000 | 3,000,001-4,000,000 | 10.000% |
| 4TH QUARTER | 625,000 | >4,000,000 | 12.000% |
| ANNUAL | 2,500,000 | | |

### QUOTA CREDIT

Quota credit will be calculated on qualified bookings. KANA Finance will have the final determination on what constitutes as a qualified booking.

Accelerated commission rates are paid only on product bookings over your annual product quota. Accelerated rates are only paid on product bookings over the level required to achieve the next commission rate.

Bookings through a KANA Partner will be credited at the net (paid to KANA Software) amount.

No quota or commissions credit will be paid on Renewal Maintenance or Professional Services bookings.

The COO and SVP WW Operations will have final decision on disputes with regard to quota credit.

Bookings not collected within 90 days of the original due date will be debooked and any previously paid commissions will be due back to KANA. KANA reserves the right to offset future compensation and/or expense reimbursement by the amount of commissions due back to KANA under this clause.

### COMMISSION PAYMENTS

50% of the applicable commission rate will be earned by securing a qualified booking.  Payment will be made in the last payroll of the month following the month in which the booking is recognized by KANA Software.

50% of the applicable commission rate will be earned by securing KANA's actual receipt of payment for Qualified Bookings previously secured by the employee.  Payment will be made in the last payroll of the month following the month in which the payment is received by KANA.

For both bookings and collections, the applicable commission rate will be determined in the quarter in which the booking is secured.

Commissions will be deemed earned and payable if the collection on the original booking occurs within 30 days of an employees last date of employment.  Except for the foregoing, commissions not earned at the time employment terminates (for any reason) cannot be thereafter earned.

| | | | |
|---|---|---|---|
| TOM DOYLE | DATE | BRIAN MOORE | DATE |
| CHIEF OPERATING OFFICER | | SVP WW OPERATIONS | |

I acknowledge receipt of the 2002 Incentive Plan and I agree to the terms contained in this 2002 Incentive Plan. I further agree that this 2002 Incentive Plan contains all the terms and conditions of my incentive agreement for the 2002 fiscal year. This 2002 Incentive Plan supercedes all prior discussions and agreements we may have regarding incentive payments for the incentive period and shall become effective when executed by the parties designated herein. KANA Software may change this 2002 Incentive Plan at any time.

| | |
|---|---|
| STUART TURNER | DATE |
| ACCOUNT EXECUTIVE | |

**Remarks:**        Targets assigned on:        January 01, 2002        Comp Plan Print Date:        February 5, 2002

2002 Version 1.0                                                                                      *KANA Software Proprietary and Confidential*