### License and Services Purchase Agreement

This Purchase Agreement ("Purchase Agreement") is subject to the License and Service Agreement dated on or about March 31, 2000, as amended by the addendum also dated March 31, 2000 ("Addendum One") (the "Agreement") between Servicesoft, Inc. and Verizon Internet Services ("VIS"), formerly known as Bell Atlantic Internet Solutions, Inc.   This Purchase Agreement is between Kana Software Inc. ("Kana") as successor in interest to Servicesoft, Inc. and Telesector Resources Group, Inc d/b/a Verizon Services Group ("VSG").This Purchase Agreement is effective as of the 31th day of May, 2002.  Defined terms not defined herein are defined in the Agreement.

*Whereas*, VSG desires to obtain software products and maintenance services pursuant to the terms and conditions of the Agreement.

*Now therefore*, for the mutual promises and consideration stated herein, the receipt and sufficiency of which are hereby acknowledged, Kana, and VSG agree as follows:

### AGREEMENT

1. VSG hereby orders and Kana hereby grants to VSG under the terms and conditions of the Agreement the types and quantities of licenses for the Software described on the Kana Pricing quote to VSG attached hereto as Exhibit A (the "VSG Quote") for the license fees set forth therein. Kana shall provide such Software CPT (Carriage Paid To) VSG's designated site in the United States. Such licenses shall be perpetual subject to termination under Section 11 of the Agreement. The number of Users set forth on the VSG Quote means the number of authorized Clients under the Agreement for the Software ordered by VSG hereunder.  KANA agrees to sell additional licenses for KANA IQ to VSG at a discount of 60% off KANA's then current list price for licenses ordered within 12 months of the effective date of this Purchase Agreement.  No other provision for additional licenses for VSG is made under this Purchase Agreement.

2  VSG hereby orders and Kana agrees to provide premium maintenance services for the Software licenses on the VSG Quote for a twelve-month period commencing upon shipment subject to payment by VSG of the maintenance fees set forth on the VSG Quote.  The annual maintenance fee shall be due and payable in advance, with payment in full due and payable 30 days from the date of Kana's undisputed invoice dated not earlier than the commencement date of the annual period.

3. Support and maintenance fees for subsequent years shall be subject to a maximum annual increase of five percent (5%) on a cumulative basis over the fees charged for each immediately preceding twelve month period, with the fees for the initial year being charged at a rate of twelve percent (12%) of the applicable Software license price as set forth in Paragraph 7 below.

4. The purchase of premium maintenance entitles VSG to: (1) Technical support via phone, fax, or email, during normal business hours of the applicable Kana support center (currently 9AM to 9PM Eastern time Monday through Friday excluding Kana holidays); (2) telephone support via a paging service for Priority 1/Critical Business Impact issues (as defined on Exhibit B) only, during all hours outside of the normal business hours of the applicable Kana support center; and (3) software and documentation upgrades for the licensed Software as generally made available by Kana to its maintenance customers for the maintenance fees. Maintenance for KANA IQ Knowledge Self-Service includes Production Knowledge Server(s)Development Server(s), and concurrent users. The Manager of Support for the KANA

CONFIDENTIAL

6/04/2002 20:43   6506148128           KANA SOFTWARE                  PAGE  02
Case 1:02-cv-02451-WMN   Document 37-6   Filed 05/21/2003   Page 2 of 5
Jun 03 02 12:19p     Gary Belonzi              610-648-3996          p.3

05/01/2002 13:10   817-428-2588        BOX & MAT)                     PAGE  03

IQ product, currently Kim Sinclair, shall be the VSG customer care contact during normal Customer Care Center hours, except during his or her absence from the Customer Care Center for vacation, illness and the like. Kana shall schedule monthly calls with the Manager, or a designated substitute where necessary, to proactively discuss quality care assurance for VSG.

5. KANA will additionally provide the following training services to VSG on a one time basis in consideration of the license fees on the VSG Quote:

   a. Nine (9) Units of training (1 Unit = 1 day of training per person). VSG shall pay all travel and expenses of its students and the Kana instructor, as applicable. Such travel and expenses shall be in accordance with the then current Verizon travel policies.

   b. One (1) unit of Advanced training. VSG shall pay all travel and expenses. Such travel shall be in accordance with the then current Verizon travel policies.

6. VSG acknowledges that any installation and implementation services desired for Software is not included under this Purchase Agreement. Any such services must be separately purchased by VSG.

7. Kana will invoice VSG for the fees for Software and licenses and maintenance set forth on the VSG Quote ordered hereunder. All payments shall be due net thirty (30) days after receipt of an undisputed invoice. The specified license fee of three hundred thousand dollars ($300,000) shall be due and payable in two installments, 50% shall be invoiced no earlier than the date of this Purchase Agreement and 50% shall be invoiced no earlier than sixty (60) days from the date of this Purchase Agreement. Kana and VSG shall be governed by the terms and conditions of the Agreement as if both were the original parties thereto. All terms and conditions of the Agreement applicable to Servicesoft, Inc. or Servicesoft shall be deemed to apply to Kana and all terms and conditions of the Agreement applicable to Bell Atlantic Internet Solutions, Inc. or Customer shall be deemed to apply to VSG.

8. In the fifth sentence of section 9.2 of the Agreement (inserted by paragraph 19 of Addendum One), in the first line replace "Customer shall" with "Servicesoft shall".

9. Kana's Software maintenance services include the response levels described in Exhibit B hereto. In the event of Kana's failure to (a) provide or meet the initial response (call back) times for Priority Level 1 (Critical Business Impact); or (b) provide or meet the initial response (call back) times for Priority Level 2 (Significant Business Impact) problems; or (c) meet any Priority Level time periods specified within 48 hours, provided VSG notifies Kana in writing of such failure occurring to VSG within 30 business days thereof, Kana will provide VSG a credit equal to two (2) days' prorated maintenance fees against the maintenance fees for the next quarterly maintenance period. In no event shall VSG be entitled to more than 120 days' credit of maintenance fees in total for all such failures occurring in any one 12 month maintenance term. In the event of two such failures occurring to VSG in any 30 day period, VSG may request, and Kana hereby agrees, a discussion with and commitment by Kana's Chief Operating Officer to address and correct the quality of Kana's support, ways in which the quality and timeliness of such support services may be improved and a resolution to the existing issues. VSG may terminate further maintenance services for particular Software upon 30 day's prior written notice to Kana. In such event, Kana will refund the prorata prepaid maintenance fees for the terminated portion of the maintenance term for such Software following the termination date.

CONFIDENTIAL

06/04/2002 20:43  6506148128                    KANA SOFTWARE                          PAGE  03
Case 1:02-cv-02451-WMN   Document 37-6   Filed 05/21/2003   Page 3 of 5
un 03 02  12:19p       Gary Belonzi              610-648-3996              p.4
05/31/2002  13:10   817-428-2588         BOX & MAIL                  PAGE  04

10. The above order by VSG has been negotiated and discussed with Kana in combination with negotiations for an order expected to be placed by VSG's affiliate, Verizon Internet Services, Inc. ("VIS") and the pricing on such VSG order is based on such overall discussions including VIS However, the terms of this Purchase Agreement and the attached VSG Quote and its pricing shall apply and remain in effect notwithstanding the status of such order by VIS.

11. Section 2.2A of the Agreement (inserted by paragraph 4 of Addendum One) is hereby deleted in its entirety and shall be replaced with the following: Notwithstanding the foregoing, Kana hereby grants permission for VSG's third party vendors, who provide support and care functions to VSG's end user customers, the rights to use the Software solely for the performance of these functions for VSG. VSG shall be responsible for obtaining compliance with the License requirements from each vendor with the terms hereof, and liable for any breach of such terms by any vendor. Kana shall have no obligation to provide maintenance services under this Agreement to any third party vendor.

This Purchase Agreement together with the Agreement represents the complete and exclusive statement of the mutual understanding of the parties and supersedes and cancels all previous written and oral agreements and communications relating to any of the subject matter of this Purchase Agreement. To the extent the terms of this Purchase Agreement conflict with the terms of any other agreement, written or oral, the terms of this Purchase Agreement shall control. Except as explicitly modified, all terms, conditions and provisions of the Agreement shall continue in full force and effect.

*IN WITNESS WHEREOF*, the undersigned have caused this Purchase Agreement to be duly executed by their proper representatives thereunto duly authorized.

KANA SOFTWARE, INC.

By: _____
Name: _BRIAN MOORE_____
Title: _SVP SALES OPERATIONS_____
Date: _6/4/02_____

TELESECTOR RESOURCES GROUP, INC.
d/b/a VERIZON SERVICES GROUP

By: _____
Name: Debi S. May
Title: Senior Sourcing Process Leader
Date: _05-31-02_____

CONFIDENTIAL

00429

# KANA

**Kana Customer Information**
Verizon Services Group
Susi Kaushik

Exhibit A

## Kana Pricing Quote

Quote No. 1
Creation Date May 24, 2002
Expiration Date May 31, 2002

**Sales Representative**
KANA
Gary Belonzi
KANA

| Product # | Description, KANA Applications | Per CPU | Unit Price | Quantity | Discount | Extended | Total |
|---|---|---|---|---|---|---|---|
| 10.015.10614 | KANA IQ Self-Service Server Production/Redeployment License (10 servers maximum) | $ | 50,000.00 | 15 | 99% | $ 150,000.00 | $ 300,000.00 |
| | KANA IQ Self-Service Server Production/Development License | | 50,000.00 | 1 | 100% | | |
| | KANA IQ Informed Consumer Seat License | $ | 1,000.00 | 3 | 100% | $ 3,000.00 | |
| | KANA Training Unit - Knowledge authoring (Travel and expenses paid separately) | $ | 3,000.00 | 1 | 10% | $ 2,250.00 | |
| | KANA Training Day - IQ Advanced Technical (Travel and expenses paid separately) | $ | 3,000.00 | 1 | 10% | $ 2,700.00 | |
| | Premium First Year Maintenance & Support | | | | | | |

| | Total | Net Total |
|---|---|---|
| Total Software Costs | $ 759,000.00 | $ 340,000 |
| First Year Maintenance & Support | $ 60,000 | $ 74,400 |
| Total Training & Other Costs | $ 1,755.00 | $ -  |
| Total Consulting Services Costs | | |
| Total | $ 827,155 | $ 331,900 |

**Terms and conditions:**
CPU licenses qualified above may be used on maximum of 10 servers
Pricing effective to May 31, 2002
Travel and expenses are paid separately for Training
Support & maintenance is for one, untouched product only
Subject to the terms and conditions of the corresponding License and Service Agreement and the Purchase Agreement to which this is attached as Exhibit A.
All usual licenses apply to concurrent private users, unless otherwise stated

CUSTOMER QUOTE

CONFIDENTIAL - KANA COMMUNICATIONS
CONFIDENTIAL
00430

Exhibit B

## Response Levels

As stated in the Agreement, maintenance service for Software includes reasonable efforts to remedy reported and reproducible errors in the Software, based on the following four (4) Priority levels to categorize reported problems and response. Telephone support services for diagnosis of problems or performance deficiencies of the Software are available to Customer and measured during KANA's normal Support Center business hours (excluding holidays and weekends) under standard maintenance and at all hours for Priority 1 critical level issues only under premium maintenance.

### Priority 1 Critical Business Impact

The impact of the reported deficiency is such that the Customer is unable to perform critical business operations in a production environment. Usually this involves a complete loss of functionality, a crash, or inaccurate output on a production system. KANA will commence its response to the deficiency within sixty minutes of notification and will engage staff continuously until a resolution is achieved.

### Priority 2 Significant Business Impact

The impact of the reported deficiency is such that important features of the Software are not working properly while other areas of the Software are not impacted, and such deficiency has created a significant, negative impact on the Customer's productivity or service level. KANA will commence its response to the deficiency within four (4) hours of notification and will engage staff during business hours until an acceptable resolution is achieved.

### Priority 3 Some Business Impact

The impact of the reported deficiency is such that important features of the Software are unavailable, but an alternative solution is available or non-essential features of the Software are unavailable with no alternative solution. The Customer impact, regardless of product usage, is minimal loss of operational functionality or implementation resources. KANA will commence its response to the deficiency within one (1) business day of notification and will engage staff during business hours until an acceptable resolution is achieved.

### Priority 4 Minimal Business Impact

The impact of the reported deficiency is such that Customer submits a Software Information request, software enhancement or documentation clarification which has no operational impact. The implementation or use of the Software by the Customer is continuing and there is no negative impact on productivity. KANA will provide an initial response (call back) regarding the request within one (1) business day.


CONFIDENTIAL

00431