

740 Bay Road
Redwood City, CA 94063
650.298.9282 Phone
650.474.8501 Fax

April 30, 2001

Stuart Turner
711 Arundel Place
Annapolis, MD 21401

Dear Stuart,

On behalf of Kana Communications, Inc., I am pleased to offer you the position of Account Executive, reporting to myself. Your base salary will be $ 4166.67 ($100,000 annualized) semi-monthly, less applicable withholdings and deductions. Your annual target commission will be $200,000.

Your starting date of employment with the Company shall be a date mutually agreed upon by you and the Company, and in any event shall be on or before Monday, May 7, 2001.

Currently, Kana offers a competitive benefit package which includes: Medical, Dental, Vision, Life Insurance and Short and Long Term Disability. Additionally, Kana is proud to offer a Personal Time Off plan, which accrues at 20 days per year, Employee Stock Purchase Plan, and Flexible Spending Account Program.

In addition, Kana is offering you a stock option of 20,000 shares of Common Stock, subject to Board approval. The exercise price of the option will be equal to the fair market value of Kana's Common Stock on the grant date. The stock option price is established at the first Board meeting following your start date. Vesting of this option will commence upon your start of employment and is contingent upon successful continued employment. After your first year of employment, ¼ of the shares will vest and thereafter, 1/48 of the shares will vest on a monthly basis. The terms and conditions of this vesting are specified in the Company's Stock Option Plan document.

This offer of employment is contingent upon you completing, signing, and returning to us this offer letter and the Proprietary Invention Assignment and Confidentiality Agreement. For purposes of federal immigration law (Immigration Reform and Control Act of 1986) you are required to provide documentary evidence of your eligibility for employment in the United States. Please bring the appropriate documentation, as listed on the enclosed I-9 Form, with you on your first day.

Your employment with Kana is not for a specific time. As a result, either you or Kana may terminate your employment at any time, for any reason, with or without cause. Although your job duties, title, compensation and benefits, as well as Kana's personnel policies and procedures, may change from time-to-time, the "at will" nature of your

North America | Europe | Asia/Pacific | Latin America

CONFIDENTIAL

00066

Exhibit One

employment may only be changed in an express writing signed by you and the CEO of Kana. Except for the Proprietary Information and Invention Agreement, and any rights in employee benefits generally offered to employees of Kana, this offer represents the entire agreement related to your employment with Kana and supersedes all prior or contemporaneous oral or written communications and representations. This offer of employment is contingent on positive reference and background checks.

Stuart, I am pleased to welcome you to Kana, and excited about building a great company with you. If you have any questions regarding your offer please contact me at 770.804.5825. Please acknowledge your acceptance of this offer by signing below and returning this letter to Kit Bay, no later than Monday, May 7, 2001, at which time this offer of employment expires.

Sincerely,

*Jon Shepherd*

Jon Shepherd
Director, Southeast
Kana Communications, Inc.

Acknowledged receipt and accepted offer:

*Stuart A Turner*

Signature

Today's Date: 5/10            Start Date: 5/14, 2001

As a new employee, you will be invited to attend the next available New Hire Orientation following your start date. Please call Kit Bay to confirm your start date.

Attachments:

Proprietary Information and Confidentiality Agreement
Benefits Summary
I-9 Form
W-4 Form

00067

CONFIDENTIAL