## ADDENDUM TWO
## TO
## LICENSE AND SERVICE AGREEMENT

This Addendum Two ("Addendum") is an addendum to the License and Service Agreement dated on or about March 31, 2000, as amended by the addendum also dated March 31, 2000 ("Addendum One") (the "Agreement") between Servicesoft, Inc. and Verizon Internet Services ("VIS"), formerly known as Bell Atlantic Internet Solutions, Inc. This Addendum is between Kana Software Inc. ("Kana") as successor in Interest to Servicesoft, Inc. and VIS and its affiliate GTE.NET LLC d/b/a Verizon Internet Solutions, a Delaware Limited Liability Company ("GTE"), GTE and VIS shall be collectively referred to as "Verizon". This Addendum is effective as of the 3rd day of June, 2002, and supercedes and replaces Addendum Two between the parties dated March 25, 2002 as amended and Addendum Two between the parties dated April 25, 2002. Defined terms not defined herein are defined in the Agreement.

*Whereas*, Verizon desires to obtain additional software products and maintenance services pursuant to the terms and conditions of the Agreement,

*Now therefore*, for the mutual promises and consideration stated herein, the receipt and sufficiency of which are hereby acknowledged, Kana and Verizon agree as follows:

AGREEMENT

1. Verizon hereby orders and Kana hereby grants to Verizon under the terms and conditions of the Agreement the types and quantities of licenses for the Software described on the Kana Pricing quote to Verizon attached hereto as Exhibit A (the "Verizon Quote") for the license fees set forth therein. Kana shall provide such Software CPT (Carriage Paid To) Verizon's designated site in the United States. In consideration of such order, in the event Verizon determines a business need for additional licenses of such Software, at any time and from time to time upon Verizon's request, Kana agrees to grant to Verizon additional licenses for the Software included on the Verizon Quote (but not other Software products marketed by Kana) pursuant to the Agreement in any specific quantity requested by Verizon at no additional license fee, provided that such additional licenses shall be documented by a written order form signed by the parties. The number of Users set forth on the Verizon Quote means the number of authorized Clients under the Agreement for the Software ordered by Verizon hereunder. In the event of acquisition or merger of Verizon by or with any entity with greater revenues than Verizon, Kana and Verizon shall negotiate and establish a reasonable limit on the total number of licenses permitted under this paragraph 1.

2. Verizon hereby orders and Kana agrees to provide premium maintenance services for the Software licenses on the Verizon Quote for a twelve-month period commencing upon execution of this Addendum subject to payment by Verizon of the maintenance fees set forth on the Verizon Quote. The annual maintenance fee shall be due and payable in equal quarterly installments in advance, with payment due and payable 30 days from

CONFIDENTIAL

00017

Exhibit 6

the date of Kana's undisputed invoice dated not earlier than the commencement date of each quarterly period.

3. Support and maintenance fees for subsequent years shall be subject to a maximum annual increase of five percent (5%) on a cumulative basis over the fees charged for each immediately preceding twelve month period, with the fees for the initial year being charged at a rate of twelve percent (12%) of the applicable Software license price as set forth in Paragraph 7 below.

4. The purchase of premium maintenance entitles Verizon to: (1) Technical support via phone, fax, or email, during normal business hours of the applicable Kana support center (currently 9AM to 9PM Eastern time Monday through Friday excluding Kana holidays); (2) telephone support via a paging service for Priority 1/Critical Business Impact issues (as defined on Exhibit B) only, during all hours outside of the normal business hours of the applicable Kana support center; and (3) software and documentation upgrades for the licensed Software as generally made available by Kana to its maintenance customers for the maintenance fees. Maintenance for KANA IQ Knowledge Self-Service includes Production Knowledge Server(s)Development Server(s), and concurrent users.

5. KANA will additionally provide the following services solely to Verizon solely as part of its standard or premium maintenance services to Verizon for the applicable maintenance fees:

   a. Sixteen (16) Units of training (1 Unit = 1 day of training per person) each year that the maintenance services agreement is current. Verizon shall pay all travel and expenses of its students and the Kana instructor, as applicable. Such travel and expenses shall be in accordance with the then current Verizon travel policies.

   b. Eight (8) person-days of consulting at a Verizon location designated by Verizon each year that the maintenance services agreement is current. Verizon shall pay all travel and expenses. Such travel shall be in accordance with the then current Verizon travel policies.

   c. Customer Care contact. The Manager of Support for the KANA IQ product, currently Kim Sinclair, shall be the Verizon customer care contact during normal Customer Care Center hours, except during his or her absence from the Customer Care Center for vacation, illness and the like. Kana shall schedule monthly calls with the Manager, or a designated substitute where necessary, to proactively discuss quality care assurance for Verizon.

6. Verizon acknowledges that any installation and implementation services desired for Software (except as provided to Verizon under 5 above) is not included under this Addendum. Any such services must be separately purchased by Verizon.

7. Kana will invoice Verizon for the fees for Software and licenses and maintenance set forth on the Verizon Quote ordered hereunder. All payments shall be due net thirty

CONFIDENTIAL

(30) days after receipt of invoice. The specified license fee of one million seven hundred forty thousand dollars ($1,740,000) shall be due and payable in two installments, 50% shall be invoiced not earlier than the date of this Addendum and 50% shall be invoiced no earlier than sixty (60) days from the date of this Addendum. Kana and Verizon shall be governed by the terms and conditions of the Agreement as if both were the original parties thereto. All terms and conditions of the Agreement applicable to Servicesoft, Inc. or Servicesoft shall be deemed to apply to Kana and all terms and conditions of the Agreement applicable to Bell Atlantic Internet Solutions, Inc. or Customer shall be deemed to apply to Verizon.

8. For purposes hereof, a "Verizon Affiliate" means any direct or indirect subsidiary of Verizon's parent company, Verizon Communications Inc., as majority owner, including without limitation Verizon Services Corporation, but excluding Verizon Wireless and its subsidiaries. Kana hereby grants only the following named Verizon Affiliates license to use the Software under the licenses purchased by Verizon under the Agreement:

> Verizon Avenue Corp.
>
> Verizon Network Integration Corp.
>
> Verizon Select Services Inc.
>
> Verizon Federal Inc.
>
> Verizon Global Networks Inc.

Such license is granted pursuant to the Agreement, as amended, subject to the terms and conditions of the Agreement, as amended, and any such Verizon Affiliate using or accessing the Software shall be accountable and liable for complying with the Agreement as amended hereto. The parties agree that Verizon may request to amend this list of named Verizon Affiliates from time to time, which amendment shall be subject to Kana's acceptance thereof in its discretion.

9. In the fifth sentence of section 9.2 of the Agreement (inserted by paragraph 19 of Addendum One), in the first line replace "Customer shall" with "Servicesoft shall".

10. Kana's Software maintenance services include the response levels described in Exhibit A hereto. In the event of Kana's failure to (a) provide or meet the initial response (call back) times for Priority Level 1 (Critical Business Impact); or (b) provide or meet the initial response (call back) times for Priority Level 2 (Significant Business Impact) problems; or (c) meet any Priority Level time periods specified within 48 hours, provided Verizon notifies Kana in writing of such failure within 30 business days thereof, Kana will provide Verizon a credit equal to two (2) days' prorated maintenance fees against the maintenance fees for the next quarterly maintenance period. In no event shall Verizon be entitled to more than 120 days' credit of maintenance fees in total for all such failures occurring in any one 12 month maintenance term. In the event of two such failures in any 30 day period, Verizon may request, and Kana hereby agrees to, a discussion with and commitment by Kana's Chief Operating Officer to address and

CONFIDENTIAL

correct the quality of Kana's support, ways in which the quality and timeliness of such support services may be improved and a resolution to the existing issues. Verizon may terminate further maintenance services for particular Software upon 30 day's prior written notice to Kana. In such event, Kana will refund the prorata prepaid maintenance fees for the terminated portion of the maintenance term for such Software following the termination date.

11. Section 2.2A of the Agreement (inserted by paragraph 4 of Addendum One) is hereby deleted in its entirety and shall be replaced with the following: Notwithstanding the foregoing, Kana hereby grants permission for Verizon's third party vendors, who provide support and care functions to Verizon's end user customers, the rights to use the Software solely for the performance of these functions for Verizon. Customer shall be responsible for obtaining compliance with the License requirements from each vendor with the terms hereof, and liable for any breach of such terms by any vendor. Kana shall have no obligation to provide maintenance services under this Agreement to any third party vendor.

12. Verizon's current maintenance agreement for Software expiring on or about March 31, 2002 is hereby extended to June 30, 2002, in accordance with the attached maintenance quotation, for the fees set forth thereon. Such fees shall be due and payable by Verizon to Kana net thirty days from the date hereof.

13. In the event Verizon is unable to secure Verizon corporate financing to pay for the Software license and maintenance fees provided under this Addendum, Verizon may provide notice to Kana immediately terminating this Addendum not later than June 7, 2002. In the event of such notice the provisions of this Addendum shall be null and void and all licenses granted hereunder shall be cancelled, except that Verizon shall return or destroy all copies of any Software, documentation or other materials provided by Kana to Verizon under this Addendum, and the maintenance extension and associated fees described in paragraph 12 above shall continue to be valid.

14. Verizon may subsequently place an additional order to Kana pursuant to a separate subsequent Kana quotation for KANA Response licenses and maintenance. Upon signing of such quotation by both KANA and Verizon, Verizon shall be deemed to have ordered such KANA Response licenses and maintenance and Kana shall be deemed to have granted such licenses and shall provide such maintenance pursuant to the Agreement. Kana and Verizon shall be governed by the terms and conditions of the Agreement as if both were the original parties thereto. All terms and conditions of the Agreement applicable to Servicesoft, Inc. or Servicesoft shall be deemed to apply to Kana and all terms and conditions of the Agreement applicable to Bell Atlantic Internet Solutions, Inc. or Customer shall be deemed to apply to Verizon as if both parties were the original parties thereto. The provisions of Paragraphs 1 through 8 and 10 of this Addendum shall not apply to such order except as expressly stated on such order and quotation document executed by Verizon and Kana.

This Addendum represents the complete and exclusive statement of the mutual understanding of the parties and supersedes and cancels all previous written and oral

CONFIDENTIAL                                                                  00020

agreements and communications relating to any of the subject matter of this Addendum, including without limitation Addendum Two dated March 25, 2002 as amended and Addendum Two dated April 25, 2002 and the Kana pricing quote attached thereto in each case. To the extent the terms of this Addendum conflict with the terms of any other agreement, written or oral, the terms of this Addendum shall control. Except as explicitly modified, all terms, conditions and provisions of the Agreement shall continue in full force and effect.

**IN WITNESS WHEREOF,** the undersigned have caused this Addendum Two to be duly executed by their proper representatives thereunto duly authorized.

KANA SOFTWARE, INC.

By: _[signature]_

Name: Brian J. Moore

Title: Senior Vice President, Sales Operations

VERIZON INTERNET SERVICES INC.

X By: _[signature]_

Name: Keiko Harvey

Title: SVP

GTE.NET LLC D/B/A VERIZON INTERNET SOLUTIONS

X By: _[signature]_

Name: Keiko Harvey

Title: SVP

CONFIDENTIAL

00021

# KANA

Version 3720

Verizon Internet Services
Paula Lawley
Strategic Initiatives
1880 Campus Commons Drive
Reston, VA 20191

**Exhibit A**

**Kana Pricing Quote**

Quote No.
Creation Date                    LB-Revised
                                 May 24, 2002

Sales Representative
Gary Belonzi
129 Tapestry Circle
Exton, PA 19341

| Product # | Description | List Price | Quantity | Discount | Total |
|---|---|---|---|---|---|
| | KANA Software Applications: | | | | |
| | KANA IQ BeV Service Enterprise License: | | | | |
| | KANA IQ Unlimited User Licenses | | | | |
| | KANA IQ CPUs – 75 CPUs in total, 4 CPUs/Server | | 1 | | $ 1,740,000 |
| | | | | | |
| | | | | | Total |
| END | Premium Maintenance | | | | |
| | | | | | |
| | Total Software Costs | | | | $ 1,740,000 |
| | First Year Maintenance | | | | $ 208,800 |
| | Premium Support | | | | |
| | Total | | | | $ 1,948,800 |

**Terms and conditions:**

1. Subject to the terms and conditions of the corresponding License and Service Agreement, including Addendum Two.
2. Premium Maintenance for initial 12 month period at 12% of net software license fees. Premium Maintenance is described in the above Agreement including Addendum Two.
3. Prices valid through June 14, 2002.
4. Initial CPU license quantity is for 75 CPUs. Verizon Internet Services may request additional CPUs for Kana IQ, at no additional cost to Verizon Internet Services, as set forth in Addendum Two.

_signature_
Signature
SVP
Title

CONFIDENTIAL - KANA COMMUNICATIONS

## Exhibit B

## Response Levels

As stated in the Agreement, maintenance service for Software includes reasonable efforts to remedy reported and reproducible errors in the Software, based on the following four (4) Priority levels to categorize reported problems and response. Telephone support services for diagnosis of problems or performance deficiencies of the Software are available to Customer and measured during KANA's normal Support Center business hours (excluding holidays and weekends) under standard maintenance and at all hours for Priority 1 critical level issues only under premium maintenance.

### Priority 1 Critical Business Impact

The impact of the reported deficiency is such that the Customer is unable to perform critical business operations in a production environment. Usually this involves a complete loss of functionality, a crash, or inaccurate output on a production system. KANA will commence its response to the deficiency within sixty minutes of notification and will engage staff continuously until a resolution is achieved.

### Priority 2 Significant Business Impact

The impact of the reported deficiency is such that important features of the Software are not working properly while other areas of the Software are not impacted, and such deficiency has created a significant, negative impact on the Customer's productivity or service level. KANA will commence its response to the deficiency within four (4) hours of notification and will engage staff during business hours until an acceptable resolution is achieved.

### Priority 3 Some Business Impact

The impact of the reported deficiency is such that important features of the Software are unavailable, but an alternative solution is available or non-essential features of the Software are unavailable with no alternative solution. The Customer impact, regardless of product usage, is minimal loss of operational functionality or implementation resources. KANA will commence its response to the deficiency within one (1) business day of notification and will engage staff during business hours until an acceptable resolution is achieved.

### Priority 4 Minimal Business Impact

The impact of the reported deficiency is such that Customer submits a Software information request, software enhancement or documentation clarification which has no operational impact. The implementation or use of the Software by the Customer is continuing and there is no negative impact on productivity. KANA will provide an initial response (call back) regarding the request within one (1) business day.

CONFIDENTIAL

00023