**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

**Interrogatory No. 5**

Identify all revenues which you have received pursuant too the transaction referred to in Paragraph 9 of the Complaint.

**Answer - CONFIDENTIAL**

Defendant objects to the extent that this Interrogatory is vague, ambiguous, overly broad, and seeks to discover information which is neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to the extent that the Interrogatory seeks information which is protected by the attorney-client privilege and/or the attorney work product doctrine and/or confidential or proprietary business information. Furthermore, Defendant objects to the extent that it seeks information within Plaintiff's control or obtainable with equal or greater facility by Plaintiff.

Subject to the foregoing objections and without waiving other objections, Defendant states that Defendant received no revenues pursuant to the transaction referred to in Paragraph 9 of the Complaint during the first quarter of 2002  During the time after Plaintiff left the employ of Defendant, and during a time of additional negotiations, one group at Verizon (Verizon

Services Group) separated its portion of the transaction from the transaction referred to in

Paragraph 9 of the Complaint.  This separated, non-contingent transaction was effective on May

31, 2002 and Defendant received $336,000 from such.  A second portion of the non-contingent

transaction was effective on June 3, 2002 and Defendant has received $1,792,200 from this

remaining transaction. Certain quarterly payments related to this larger deal for maintenance

services in the amount of $156,600 have not been received by Defendant to date.  .Payment for

the non-contingent orders were received on August 20, 2002, August 23, 2002, and September 6,

2002 (4 months after Plaintiff's termination).

      I solemnly affirm that I am the corporate representative for Kana Software, Inc., and that under the penalties of perjury, that the contents of the afroegoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.


                    _____/s/_____
                               KANA Software, Inc.