Sent By: KANA#COMMUNICATIONS;   6504748507;   Nov-26-02 12:41PM;   Page 4
Sent By: KANA#COMMUNICATIONS;   6504748507;   Mar-29-02 5:54PM;   Page 1

# ADDENDUM TWO
# TO
# LICENSE AND SERVICE AGREEMENT

This Addendum Two ("Addendum") is an addendum to the License and Service Agreement dated on or about March 31, 2000, as amended by the addendum also dated March 31, 2000 ("Addendum One") (the "Agreement") between Servicesoft, Inc. and Verizon Internet Services ("VIS"), formerly known as Bell Atlantic Internet Solutions, Inc. This Addendum is between Kana Software Inc. ("Kana") as successor in interest to Servicesoft, Inc. and VIS and its affiliate GTE.NET LLC dba Verizon Internet Solutions, a Delaware Limited Liability Company ("GTE"). GTE and VIS shall be collectively referred to as "Verizon". This Addendum is effective as of the 25th day of March, 2002. Defined terms not defined herein are defined in the Agreement.

Whereas, Verizon desires to obtain additional software products and maintenance services pursuant to the terms and conditions of the Agreement;

Now therefore, for the mutual promises and consideration stated herein, the receipt and sufficiency of which are hereby acknowledged, Kana and Verizon agree as follows:

## AGREEMENT

1. Verizon hereby orders and Kana hereby grants to Verizon under the terms and conditions of the Agreement the types and quantities of licenses for the Software described on the Kana Pricing quote attached hereto for the license fees set forth therein. Kana shall provide such Software CPT (Carriage Paid To) Verizon's designated site in the United States. In consideration of such order, in the event Verizon determines a business need for additional licenses of such Software, at any time and from time to time upon Verizon's request, Kana agrees to grant to Verizon additional licenses for the Software included on such attached quote (but not other Software products marketed by Kana) pursuant to the Agreement in any specific quantity requested by Verizon at no additional license fee, provided that such additional licenses shall be documented by a written order form signed by the parties. The number of Users set forth on the attached quote means the number of authorized Clients under the Agreement for the Software ordered hereunder. In the event of acquisition or merger of Verizon by or with any entity with greater revenues than Verizon, Kana and Verizon shall negotiate and establish a reasonable limit on the total number of licenses permitted under this paragraph 1.

2. Verizon hereby orders and Kana agrees to provide standard maintenance services for the Software licenses for a twelve month period commencing upon shipment subject to payment by Verizon of the maintenance fees set forth on the Kana Pricing quote attached hereto. Payment in full is due 30 days from receipt of Kana's invoice for such maintenance.

3. KANA will additionally provide the following services as part of its standard maintenance services for the applicable maintenance fees:

CONFIDENTIAL

00006

Exhibit 4

Sent By: KANA COMMUNICATIONS; 6504748507; Nov-26-02 12:41PM; Page 5
Case 1:02-cv-02451-WMN Document 37-10 Filed 05/21/2003 Page 2 of 6
Sent By: KANA COMMUNICATIONS; 6504748507; Mar-29-02 5:54PM; Page 2
03/29/2002 16:38 16035258428 KANA SOFTWARE
VERIZON ONLINE
☒003

a. Sixteen (16) Units of training (1 Unit = 1 day of training per person) each year that the maintenance services agreement is current. Verizon shall pay all travel and expenses of its students and the Kana instructor, as applicable. Such travel and expenses shall be in accordance with the then current Verizon travel policies.

b. Eight (8) person-days of consulting at a Verizon location designated by Verizon each year that the maintenance services agreement is current. Verizon shall pay all travel and expenses. Such travel shall be in accordance with the then current Verizon travel policies.

c. Customer Care contact. The Manager of Support for the KANA IQ product, currently Kim St Claire, shall be the Verizon customer care contact during normal Customer Care Center hours, except during his or her absence from the Customer Care Center for vacation, illness and the like. Kana shall schedule monthly calls with the Manager, or a designated substitute where necessary, to proactively discuss quality care assurance for Verizon.

4. Verizon acknowledges that any installation and implementation services desired for Software (except as provided under 3.b. above) is not included under this Addendum. Any such services must be separately purchased by Verizon.

5. Kana will invoice Verizon for the payments for Software and licenses and maintenance ordered hereunder. The specified license fee of two million two hundred forty thousand dollars ($2,240,000) shall be due and payable in two installments, 50% due 30 days from invoice dated not earlier than the date hereof and 50% due 60 days from invoice dated not earlier than 60 days from the date hereof. The annual maintenance fee shall be due and payable in equal quarterly installments in advance, with payment due and payable 30 days from the date of Kana's invoice dated not earlier than the commencement date of each quarterly period. Kana and Verizon shall be governed by the terms and conditions of the Agreement as if both were the original parties thereto. All terms and conditions of the Agreement applicable to Servicesoft, Inc. or Servicesoft shall be deemed to apply to Kana and all terms and conditions of the Agreement applicable to Bell Atlantic Internet Solutions, Inc. or Customer shall be deemed to apply to Verizon.

6. For purposes hereof, a "Verizon Affiliate" means any direct or indirect subsidiary of Verizon's parent company, Verizon Communications Inc., as majority owner, including without limitation Verizon Services Corporation, but excluding Verizon Wireless and its subsidiaries and the Verizon regional Bell (telephone) operating companies and their subsidiaries. Kana hereby grants only the following named Verizon Affiliates license to use the Software under the licenses purchased under the Agreement:

Verizon Avenue

Verizon Network Integration Corp.

00007

CONFIDENTIAL

Verizon Select Services Inc.

Verizon Federal Systems

Verizon Global Networks

Such license is granted pursuant to the Agreement, as amended, subject to the terms and conditions of the Agreement, as amended, and any such Verizon Affiliate using or accessing the Software shall be accountable and liable for complying with the Agreement as amended hereto. The parties agree that Verizon may amend this list of Affiliates from time to time, subject to Kana's acceptance thereof, which shall not be unreasonably withheld.

7. In the fifth sentence of section 9.2 of the Agreement (inserted by paragraph 19 of Addendum One), in the first line replace "Customer shall" with "Servicesoft shall".

8. Kana's Software maintenance services include the response levels described in Exhibit A hereto. In the event of Kana's failure to (a) provide or meet the initial response (call back) times for Priority Level 1 (Critical Business Impact); or (b) provide or meet the initial response (call back) times for Priority Level 2 (Significant Business Impact) problems; or (c) meet any Priority Level time periods specified within 48 hours, provided Verizon notifies Kana in writing of such failure within 30 business days thereof, Kana will provide Verizon a credit equal to two (2) days' prorated maintenance fees against the maintenance fees for the next quarterly maintenance period. In no event shall Verizon be entitled to more than 120 days' credit of maintenance fees in total for all such failures occurring in any one 12 month maintenance term. In the event of two such failures in any 30 day period, Verizon may request, and Kana hereby agrees, a discussion with and commitment by Kana's Chief Operating Officer to address and correct the quality of Kana's support ways in which the quality and timeliness of such support services may be improved and a resolution to the existing issues. Verizon may terminate further maintenance services for particular Software upon 30 day's prior written notice to Kana. In such event, Kana will refund the prorata prepaid maintenance fees for the terminated portion of the maintenance term for such Software following the termination date.

9. Section 2.2A of the Agreement (inserted by paragraph 4 of Addendum One) is hereby deleted in its entirety and shall be replaced with the following. Notwithstanding the foregoing, Kana hereby grants permission for Verizon's third party vendors, who provide support and care functions to Verizon's end user customers, the rights to use the Software solely for the performance of these functions for Verizon. Customer shall be responsible for obtaining compliance with the License requirements from each vendor with the terms hereof, and liable for any breach of such terms by any vendor. Kana shall have no obligation to provide maintenance services under this Agreement to any third party vendor.

CONFIDENTIAL

10. Customer's current maintenance agreement for Software expiring on or about March 31, 2002 is hereby extended at no additional charge to April 29, 2002.

11. In the event Customer is unable to secure internal or external financing to pay for the Software license and maintenance fees provided under this Addendum, Customer may provide notice to Kana immediately terminating this Addendum not later than April 29, 2002. In the event of such notice, the provisions of this Addendum shall be null and void and all licenses granted hereunder shall be cancelled, except that Customer shall return or destroy all copies of any Software, documentation or other materials provided by Kana to Customer under this Addendum.

This Addendum represents the complete and exclusive statement of the mutual understanding of the parties and supersedes and cancels all previous written and oral agreements and communications relating to any of the subject matter of this Addendum. To the extent the terms of this Addendum conflict with the terms of any other agreement, written or oral, the terms of this Addendum shall control. Except as explicitly modified, all terms, conditions and provisions of the Agreement shall continue in full force and effect.

*IN WITNESS WHEREOF*, the undersigned have caused this Addendum Two to be duly executed by their proper representatives thereunto duly authorized.

| KANA SOFTWARE, INC. | VERIZON INTERNET SERVICES INC. |
|---|---|
| By: _[signature]_ | By: _Michael J. Kelley_ |
| Name: Brian J. Moore | Name: _Michael J. Kelley_ |
| Title: Senior Vice President, Sales Operations | Title: _Executive Director_ |
| 3/29/02 | |

GTE.NET LLC D/B/A VERIZON
INTERNET SOLUTIONS

By: _____

Name: _____

Title: _____

CONFIDENTIAL                                                                      00009

## Exhibit A

### Response Levels

As stated in the Agreement, maintenance service for Software includes reasonable efforts to remedy reported and reproducible errors in the Software, based on the following four (4) Priority levels to categorize reported problems and response. Telephone support services for diagnosis of problems or performance deficiencies of the Software are available to Customer and measured during KANA's normal Support Center business hours (excluding holidays and weekends) under standard maintenance and at all hours for Priority 1 critical level issues only under premium maintenance.

**Priority 1 Critical Business Impact**

The impact of the reported deficiency is such that the Customer is unable to perform critical business operations in a production environment. Usually this involves a complete loss of functionality, a crash, or inaccurate output on a production system. KANA will commence its response to the deficiency within sixty minutes of notification and will engage staff continuously until a resolution is achieved.

**Priority 2 Significant Business Impact**

The impact of the reported deficiency is such that important features of the Software are not working properly while other areas of the Software are not impacted, and such deficiency has created a significant, negative impact on the Customer's productivity or service level. KANA will commence its response to the deficiency within four (4) hours of notification and will engage staff during business hours until an acceptable resolution is achieved.

**Priority 3 Some Business Impact**

The impact of the reported deficiency is such that important features of the Software are unavailable, but an alternative solution is available or non-essential features of the Software are unavailable with no alternative solution. The Customer impact, regardless of product usage, is minimal loss of operational functionality or implementation resources. KANA will commence its response to the deficiency within one (1) business day of notification and will engage staff during business hours until an acceptable resolution is achieved.

**Priority 4 Minimal Business Impact**

The impact of the reported deficiency is such that Customer submits a Software information request, software enhancement or documentation clarification which has no operational impact. The implementation or use of the Software by the Customer is continuing and there is no negative impact on productivity. KANA will provide an initial response (call back) regarding the request within one (1) business day.

# KANA

Attachment A

Kana Pricing Quote

Quote No. 1
Creation Date  January 29, 2001

Verizon On-Line
Paula Lawley
Strategic Relations
1880 Campus Commons Drive
Reston, VA 20191

Sales Representative
Stuart Turner
111 S. Calvert Street Suite 2700
Baltimore, MD

| Product # | Description | | | | List Price | Quantity | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| | KANA Software Applications | | | | $ 5,600,000 | 1 | 60% | $ 2,240,000 |
| | KANA IQ Self Service Enterprise License | | | | | | | |
| | KANA IQ Unlimited User Licenses | | | | | | | |
| | KANA IQ CPUs-100 | | | | | | | |
| | 4 CPUs/Server | | | | | | | |
| | First Year Maintenance & Support | | | | | | | |
| | Premium | | | | | | | Total |
| | | | | | | | | $ 2,240,000 |
| | | Total Software Costs | | | | | | |
| | | First Year Maintenance & Support | | | $ 403,200 | | | $ 403,200 |
| | | 24/7 Support | | | | | | |
| | | Total | | | $ 403,200 | | | $ 2,643,200 |

Terms and conditions:
1. Additional terms per the corresponding Software License Agreement.
2. Premium Maintenance on the order is 18% of Software License Fee.
3. Initial CPU quantity is for 100 CPUs. Verizon may deploy additional CPUs for Kana IQ at no additional cost to Verizon.
4. Quote is for Verizon On-Line and related business units with the exception of Verizon's wireless unit. Verizon's wireless group and related business units may execute execution of the master quote per the original terms for the Enterprise License.

Signature _____  Title _____

Name _____  Date _____

CONFIDENTIAL

00011