Will Bose

| | |
|---|---|
| From: | Brian Moore |
| Sent: | Tuesday, April 02, 2002 12:58 PM |
| To: | Geoff Roever; Will Bose |
| Cc: | Aaron Jaeger; Jerry Shinn; Stuart Turner |
| Subject: | RE: KANA Addendum w/additional language |

Jerry only changed the payment to:

1st payment due in 30 days
2nd payment due in 60 days

Changing it to 120 days was Verizon's change. Jerry will make the call into Verizon to get this changed to within 90 days.. We should not accept the contract as is.

Brian

-----Original Message-----

| | |
|---|---|
| From: | Geoff Roever |
| Sent: | Friday, March 29, 2002 3:00 PM |
| To: | Brian Moore |
| Cc: | Aaron Jaeger |
| Subject: | FW: KANA Addendum w/additional language |

Brian, just wanted to let you know that the sales team changed the payment terms on this on their own, so that the second 50% is due 120 days from today. I recall that you had said something about payment in 90 days (which I know is the normal maximum extended terms) for revenue recognition. This has now been signed by Verizon and faxed in. I don't know if this came out the way Jerry intended or not by making this change, in light of his remark below.

-- Geoff

-----Original Message-----

| | |
|---|---|
| From: | Jerry Shinn |
| Sent: | Friday, March 29, 2002 2:58 PM |
| To: | Stuart Turner; 'mkelley@balink.com'; 'karen.muscato@verizon.com'; 'paula.lawley@verizon.com' |
| Cc: | Martin Onofrio; Geoff Roever |
| Subject: | RE: KANA Addendum w/additional language |

Mike,

Here is the a marked copy and a clean copy with the requested change in section 5 for the second payment due in 60 days vs. 30 days.

<< File: Add 3-29-02cl.doc >>  << File: Add 3-29-02.doc >>

Jerry

-----Original Message-----

| | |
|---|---|
| From: | Stuart Turner |
| Sent: | Friday, March 22, 2002 6:02 PM |
| To: | 'mkelley@balink.com'; 'karen.muscato@verizon.com'; 'paula.lawley@verizon.com' |
| Cc: | Martin Onofrio; Jerry Shinn |
| Subject: | KANA Addendum w/additional language |
| Importance: | High |

00279

1