## Will Bose

| | |
|---|---|
| From: | Geoff Roever |
| Sent: | Friday, March 29, 2002 3:34 PM |
| To: | Jerry Shinn |
| Cc: | Stuart Turner |
| Subject: | RE: KANA Addendum w/additional language |

Jerry, is someone at Verizon getting GTE.Net/Verizon Internet Solutions to sign this as well? They were included as a party and signatory at the insistence of Verizon.

Geoff

-----Original Message-----
From: Jerry Shinn
Sent: Friday, March 29, 2002 5:00 PM
To: Geoff Roever
Cc: Stuart Turner
Subject: RE: KANA Addendum w/additional language


Geoff,

Not they did not sign the quotation. I just emailed the quote to Cecilia.

Jerry

-----Original Message-----
From: Geoff Roever
Sent: Friday, March 29, 2002 4:58 PM
To: Jerry Shinn
Cc: Stuart Turner
Subject: RE: KANA Addendum w/additional language


Jerry or Stuart, did Verizon sign the Quotation which goes with the Addendum, and whether they did or didn't can one of you fax it to the JFAX number you faxed the Addendum to?

-- Geoff

-----Original Message-----
From: Jerry Shinn
Sent: Friday, March 29, 2002 3:56 PM
To: 'mkelley@balink.com'; Jerry Shinn
Cc: Stuart Turner; 'karen.muscato@verizon.com';
'paula.lawley@verizon.com'; Martin Onofrio; Geoff Roever
Subject: RE: KANA Addendum w/additional language


Mike,

Got it.

Thanks,

Jerry

-----Original Message-----
From: mkelley@balink.com [mailto:mkelley@balink.com]
Sent: Friday, March 29, 2002 3:52 PM
To: Jerry Shinn

9

00270

CONFIDENTIAL