From:        Jerry Shinn
Sent:        Wednesday, April 03, 2002 6:10 AM
To:          Stuart Turner; 'mkelley@balink.com'; 'paula.lawley@verizon.com'
Cc:          Geoff Roever; Brian Moore
Subject:     RE: KANA Addendum w/additional language

Mike,

Last Friday you asked us to make a change to the addendum to make the second payment due in 60 days vs. what appeared to be 30 days. Which did and you signed the changed copy. Our finance group has come back to me and pointed that the change negatively impacts our revenue recognition. Plus, the change does not do what we intended. Can you sign a new copy of the original agreement before the change to 60 days?  My fax number is 603-665-1970.



Add 3-22-02cl.doc

Here is the explanation:

The original wording had the second payment "due 30 days from invoice dated not earlier than 30 days from the date hereof. " So, the second payment is due in 60 days (30 + 30). The wording change has the second payment due in 120 days "due 60 days from invoice dated not earlier than 60 days from the date hereof" (60+60)

This was not our intention when you asked me to change the days to 60 days.

Here is the original wording:
Kana will invoice Verizon for the payments for Software and licenses and maintenance ordered hereunder.  The specified license fee of two million two hundred forty thousand dollars $2,240,000) shall be due and payable in two installments, 50% due 30 days from invoice dated not earlier than the date hereof and 50% due 30 days from invoice dated not earlier than 30 days from the date hereof.

Here is the changed wording:

"Kana will invoice Verizon for the payments for Software and licenses and maintenance ordered hereunder.  The specified license fee of two million two hundred forty thousand dollars $2,240,000) shall be due and payable in two installments, 50% due 30 days from invoice dated not earlier than the date hereof and 50% due 60 days from invoice dated not earlier than 60 days from the date hereof.

Jerry

-----Original Message-----
From:        Stuart Turner
Sent:        Friday, March 22, 2002 6:02 PM
To:          'mkelley@balink.com'; 'karen.muscato@verizon.com'; 'paula.lawley@verizon.com'
Cc:          Martin Onofrio; Jerry Shinn
Subject:     KANA Addendum w/additional language
Importance:  High

Mike and Paula thank you again for your time today.  Per our conversation I have attached the revised addendum, (1 clean, 1 marked) for your review.

00281

                    1

Martin will follow up with Mike on Monday to make sure the language meets
with Verizon's requirements.

<< File: Add 3-22-02.doc >>    << File: Add 3-22-02cl.doc >>
Best regards,


Stuart A. Turner
KANA
sturner@kana.com
Office# 410-385-5272
Cell#   410-963-0742

0028

CONFIDENTIAL