**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| STUART TURNER | : |
| Plaintiff | : |
| v. | : Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. | : |
| Defendant | : |

**AGREED MOTION FOR ONE-WEEK EXTENSION TO**
**OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Stuart Turner, by counsel, moves the Court for a one-week extension of time to oppose Defendant's Motion for Summary Judgment. Plaintiff's opposition is currently due June 6. Plaintiff's counsel has been retained by a new client who requires representation before a D.C. Council hearing on June 6. Preparation for that hearing is absorbing time that counsel had allocated for the opposition in this case. In addition, Plaintiff's counsel is in the process of preparing a preliminary injunction motion to be filed this week in another matter.

Plaintiff requests a one-week extension of time, until Friday, June 13, 2003, to oppose Defendant's summary judgment motion. The extension should not affect the Court's Amended Scheduling Order, which provides for a pretrial conference on October 30 and trial on November 10.

Defendant's counsel has graciously agreed to the requested extension.

Respectfully submitted,

_____
Mark London            #07747
Christopher B. Mead    #08661
London & Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036
(202) 331-3334
(202) 785-4280 (Fax)
Counsel for Plaintiff Stuart Turner

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Agreed Motion for One-Week Extension to Oppose Defendant's Motion for Summary Judgment to be served via electronic filing on June 3, 2003, to:

Rebecca Strandberg, Esquire
4405 East West Highway
Suite 308
Bethesda, Maryland 20814

_____
Christopher B. Mead

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| STUART TURNER | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil No. WMN 02CV2451 |
| | : |
| KANA SOFTWARE, INC. | : |
| | : |
| Defendant | : |
| | : |

**ORDER**

Having considered the Agreed Motion for One-Week Extension to Oppose Defendant's Motion for Summary Judgment, and it appearing that Defendant has agreed to the motion, it is this _____ day of June, 2003, by the United States District Court for the District of Maryland,

ORDERED:

    1.    That the Agreed Motion for One-Week Extension to Oppose Defendant's Motion for Summary Judgment BE, and the same Hereby IS, GRANTED; and

    2.    That Plaintiff oppose Defendant's Motion for Summary Judgment on or before June 13, 2003.

_____
United States District Judge

Copies to:

Mark London, Esquire
Christopher B. Mead, Esquire
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036

Rebecca Strandberg, Esquire
4405 East West Highway
Suite 308
Bethesda, Maryland 20814