# EXHIBIT 2

Lydia Terrill

From: Jerry Shinn
Sent: Monday, July 15, 2002 8:47 AM
To: 'shinnjc@attbi.com'
Subject: FW: Verizon

-----Original Message-----
From: Tom Doyle
Sent: Thursday, April 11, 2002 12:57 AM
To: Martin Onofrio
Cc: Jerry Shinn; Chuck Bay
Subject: RE: Verizon


Martin:

This deal and Sprint has more than likely cost me my career and integrity. In 30 years I have never seen such armature selling at an enterprise level. You inherited this so I am not blaming you.

So we are clear. Stuarts last day is Tuesday irrespective of when this deal gets done. If it come in on Wed. for $20m+ that loser unprofessional amateur is fired irrespective and we owe him nothing other than a thorough beating in the parking lot. If you cannot execute on this clear COO directive I will handle the heavy lifting for you.

Let me repeat...30 years the worst I have ever seen.

Fire this incompetent organism immediately.

Martin, figure out how to win!

Tom D.
From: Martin Onofrio
Sent: Wednesday, April 10, 2002 4:18 PM
To: Tom Doyle
Subject: Verizon


Fucking Verizon

We were told our proposal didn't make the cut for the finance meeting this week. We were told that it would make next Tuesday's meeting in time to make our earnings deadline. Paula swears it's a rubber stamp. This week's meeting was consumed by massive layoffs and a 2.5 billion dollar charge off for the qaurter. I don't believe anything they tell me. Stuart undedrstands his last day at KANA is next Tuesday if he doesn't get this. Mike Polling's assistant said he never meets vendors. We look like amatures, I know. I never have had any control on this deal and the Verizon people I know, never even call me back. I'll be going to NY Monday. Stuart is sitting in their lobby as sugested.

Martin