# EXHIBIT 3

01140

## Lydia Terrill

| | |
|---|---|
| From: | Jerry Shinn |
| Sent: | Monday, July 15, 2002 8:47 AM |
| To: | 'shinnjc@attbi.com' |
| Subject: | FW: Verizon |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

-----Original Message-----

| | |
|---|---|
| From: | Tom Doyle |
| Sent: | Tuesday, April 16, 2002 5:55 PM |
| To: | Jerry Shinn |
| Cc: | Martin Onofrio; Brian Moore |
| Subject: | Verizon |

Jerry:

Now that 'Stuart is terminated I want you to personally take the Verizon account until we get the current order and have a clear strategy to close the additional business in the next two quarters.

It is your account. The worst I've ever seen. Get that parasite out of my company.

Stuart gets paid nothing on any Verizon deal. Verify that looser is off email, locked out of our property and we have all KANA assets back from him.

He has polluted you and me.

Tom D.

17