IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| STUART TURNER | : |
|    Plaintiff | |
| | : |
|    v. | :   Civil No. WMN 02CV2451 |
| | : |
| KANA SOFTWARE, INC. | : |
|    Defendant | : |

_____

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Kana Software, Inc., and asks for an extension of the time to file a Reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment in this case, and states as grounds henceforth:

1. Counsel for the Defendant is asking for the extension because of the office workload.

2. Defendant's counsel has a number of other matters due on June 27, including two administrative pleadings due on that date.

3. Defendant's counsel's associate has left which has made it more difficult for the Defendant's counsel to prepare the Reply brief by that date and an affidavit in a case where Defendant's counsel is an expert witness.

4. Plaintiff's counsel has been consulted and has agreed to extending deadline to July 11, 2003.

WHEREFORE, Defendant asks that the time for filing Defendant's Reply to Plaintiff's Opposition to the Defendant's Motion for Summary Judgment in this case be extended until July 11, 2003.

Respectfully submitted,

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547
Strandberglaw@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2003 a copy of the foregoing Defendant's Motion to Extend Time to File Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment was sent electronically and was sent via facsimile to:

Mark London, Esquire
Christopher B. Mead, Esquire
London and Med
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036

_____/s/_____
Rebecca N. Strandberg
Maryland Federal Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
301-656-9547
Strandberglaw@aol.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| STUART TURNER : | |
|     Plaintiff : | |
|        v. : | Civil No. WMN 02CV2451 |
| KANA SOFTWARE, INC. : | |
|     Defendant : | |

**ORDER**

Having this _____ day of _____, 2003, considered Defendant's Motion to Extend Time to File Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and there being no opposition thereto, it is hereby:

ORDERED that Defendant's Motion to Extend Time to File Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is hereby

GRANTED, and further

ORDERED that the time for Defendant to File Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment be extended to July 11, 2003.

_____
Judge

Send copies to:

Rebecca N. Strandberg, Esquire
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
Counsel for the Defendant

Mark London, Esquire
Christopher B. Mead, Esquire
London and Med
Suite 320
1225 19th Street, N.W.
Washington, D.C. 20036

Counsel for Plaintiff Stuart Turner