| | |
|---|---|
| From: | Jerry Shinn |
| Sent: | Monday, July 15, 2002 8:47 AM |
| To: | 'shinnjc@attbi.com' |
| Subject: | FW: Verizon |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

-----Original Message-----
| | |
|---|---|
| From: | Tom Doyle |
| Sent: | Tuesday, April 16, 2002 5:56 PM |
| To: | Jerry Shinn |
| Cc: | Martin Onofrio; Brian Moore |
| Subject: | Verizon |

Jerry:

Now that Stuart is terminated I want you to personally take the Verizon account until we get the current order and have a clear strategy to close the additional business in the next two quarters.

It is your account. The worst I've ever seen. Get that parasite out of my company.

Stuart gets paid nothing on any Verizon deal. Verify that looser is off email, locked out of our property and we have all KANA assets back from him.

He has polluted you and me.

Tom D.

01140

17

01352

## Lydia Terrill

| | |
|---|---|
| From: | Jerry Shinn |
| Sent: | Sunday, May 05, 2002 8:47 PM |
| To: | Gary Belonzi |
| Cc: | Tom Doyle; Brian Moore; Martin Onofrio; Richard Keenan |
| Subject: | Verizon Account Management / Compensation |

Gary,

This is to confirm that you are not eligible for commission compensation for the current holdover opportunity for $2+ million for KANA IQ with Verizon Data Services. I am acting as the account rep to manage this specific opportunity to closure. You are being introduced into the Verizon account to provide account management as we move forward with Verizon.

6

01352

Lydia Terrill
_____

| | |
|---|---|
| From: | Tom Doyle |
| Sent: | Wednesday, July 10, 2002 12:41 PM |
| To: | Brian Moore |
| Cc: | Tom Doyle; Jerry Shinn |
| Subject: | Jerry Shinn |

Brian:

spoke with Jerry Shinn today regarding his separation from KANA. His last day is July 31, 02.

He will receive a 90 day severance package.

He will monitor Sony to closure and will transition accounts to Jerry P. (Verizon) and Eric H.

He will NOT be attending the sales meeting.

His severance will be calculated on his salary as of his last day. (i.e. -5%)

He will receive credit for non contingent bookings through July 31, 02.

Jerry, made three requests regarding commissions.

Q1.) Could he be paid as the rep on the last Verizon Order
A1.) No. He should be paid on his Area Manager Plan.

Q2.) Can he get paid on the second $3m of the Highmark order.
A2.) If I can get verification that we have no known risks to that contingency being removed I will approve his commissions to include the final half of the Highmark order. If not his final commission payment will not include Highmark.

Q3.) Can he get an accounting of outstanding commissions?
A3.) Yes, Brian Moore will provide.

Tom D.

CONFIDENTIAL

01131