1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2                    Northern Division
3    STUART TURNER                    :
                                      :
4              Plaintiff              :
                                      :
5    vs.                              :  Civil No.
                                      :  WMN 02CV2451
6    KANA SOFTWARE, INC.              :
                                      :
7              Defendants             :
8                            March 7, 2003
                             Bethesda, Maryland
9
10   Deposition of:
11             STUART TURNER,
12   called for examination by counsel for the Defendant
13   pursuant to Notice, taken at the law office of
14   Rebecca N. Strandberg & Associates, P.A., 4405 East
15   West Highway, Suite 308, Bethesda, Maryland  20814,
16   before Roberta A. Dolos, RPR, Notary Public in and
17   for the State of Maryland, commencing at 10:20 a.m.,
18   when were present on behalf of the respective
19   parties:
20
21

64

1    Q. And Document No. 5 is the only document you

2  provided in response to our request for production of

3  documents; is that not correct?

4    A. That's correct.

5    Q. When you began employment with Kana on May

6  14th of 2002, from that time until the time that you

7  were terminated, Mr. Turner, did you receive any

8  commissions?

9    A. No, I did not.

10   Q. Did you close, other than the transaction

11 referred to in Paragraph 9, did you close any deals?

12   A. No, I did not. I had a $6 million deal

13 that was just about to be closed on the 31st of

14 December, but I guess, because of some internal legal

15 problems it did not get closed.

WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland 20850
301-279-7599  Fax 301-279-8903
1-888-319-8001

82

1   Q.  Why do you say that you were on your way to

2   meeting it as of 2002?

3       A.  Well, on December 31st of 2001, I had a

4   $6 million deal that Verizon verbally agreed to do

5   and it was a matter of working out some small detail

6   in the contract, so I had all parties together on the

7   phone on the 31st, Verizon wanted to do the deal and

8   because of your internal lawyer, I believe his name

9   was Geoff Roever, would get hung up on very minute

10  issue that did not pertain to the critical business

11  issues and the contract, we ran out of time.

12      Verizon then went through a reorg on the

13  first of the year.  So I did my job and then some to

14  get everything on the table and ready to go and then

15   worked extra hard to go through the process after

16  Verizon reorged because we were able to come to legal

17  terms on December 31st to recover at least the two

18  million deal that we are talking about now.







WHITMAN REPORTING SERVICE, INC.
966 Hungerford Drive, Suite 32
Rockville, Maryland  20850
301-279-7599  Fax 301-279-8903
1-888-319-8001