**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

**UPON CONSIDERATION** of Defendant's Motion to Strike certain averments in the Affidavits of Stuart Turner and Jerry Shin herein, and any Opposition thereto, it is by the Court this _____ day of _____, hereby ORDERED

that the said Motion to Strike certain averments contained in the Affidavit of Stuart Turner is GRANTED, and it is further ORDERED

that the said Motion to Strike certain averments contained in the Affidavit of Jerry Shin is GRANTED,

and it is further ORDERED that the following paragraphs be stricken from the record in this proceeding:

_____
_____
_____.

So ordered.

_____
**JUDGE**

cc:
Rebecca N. Strandberg, Esquire
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland  20814

Christopher B. Mead, Esquire
London and Mead
Suite 320
1225 19th Street, N.W.
Washington, D.C.  20036