IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STUART TURNER                   :
                                :
v.                              :    Civil Action WMN-02-2451
                                :
KANA SOFTWARE, INC.             :
                                :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 26th day of September, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion for Summary Judgment filed May 21, 2003 (Paper No. 37) is GRANTED in part and DENIED in part, in that: Defendant's motion is DENIED with respect to Count I - Breach of Contract and GRANTED with respect to Count II - Unjust Enrichment/Quantum Meruit.

2. That Defendant's Motions to Strike the Affidavits of Jerry Shinn, (Paper No. 45), and Stuart Turner, (Paper No. 46), are denied as moot.

3. That Defendant's Motion for Sanctions, (Paper No. 36), is denied.

4. That the Clerk of Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

                                     _____/s/_____
                                     William M. Nickerson
                                     Senior United States District Judge