IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STUART TURNER | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN 02CV2451 |
| | : | |
| KANA SOFTWARE, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S
SEPTEMBER 26. 2003 MEMORANDUM AND ORDER**

Defendant, Kana Software, Inc., by and through its counsel, Rebecca N. Strandberg and Rebecca N. Strandberg & Associates, P.A., moves, pursuant to Federal Rule 59(e), for Reconsideration of the Court's September 26, 2003 Memorandum and Order and requests that the Court amend their Order and grant Plaintiff Summary Judgement for the following reasons:

1. Plaintiff's Complaint in Count One paragraph 6 states that he was "wrongfully terminated." Defendant was not given notice of the fact that Plaintiff considered its breach of contract claim to be distinct from the employment agreement, and thereby not a wrongful termination claim until Plaintiff's Opposition to Defendant's Motion to Strike.

2. Defendant was not given the opportunity to respond to new substantive arguments made by Plaintiff in its Opposition to Defendant's Motion to Strike.

1

3. In addition, in its present posture, if the Kana North American Incentive Plan ("Incentive Plan") is a separate contract, then it must fail for lack of consideration under controlling Maryland law.

4. The <u>Wakefield</u> case, which applied New Jersey law and is inconsistent with Maryland law, was a termination case in which the sales person had completed all that was necessary to earn the commission. It is undisputed that Turner had not done all that was necessary to earn the commission in the case at bar.

WHEREFORE, Plaintiff, Kana Software, Inc., respectfully requests that this Honorable Court grant its Motion for Reconsideration and grant Plaintiff's Motion for Summary Judgment as to Counts I and II of Plaintiff's Complaint, and to afford it such other and further relief as justice and its cause may require

Respectfully Submitted,

_____/s/_____
Rebecca N. Strandberg
Federal District Court Bar No. 02196
REBECCA N. STRANDBERG & ASSOCIATES, P.A.
4405 East West Highway, Suite 308
Bethesda, Maryland 20814
(301) 656-9547